MACK PARCHMAN v. THE STATE OF TEXAS.

INDICTMENT—THEFT OF CATTLE.—The charge of theft of an "ox" is
a sufficient allegation in an indictment, under the Code of Criminal
Procedure, for theft of "cattle."

APPEAL from Harrison.   Tried below before the Hon. J.
L. Camp.

*G. B. Lipscomb*, for appellant.

*A. J. Peeler, Assistant Attorney General*, for the State.

GOULD, ASSOCIATE JUSTICE.—The indictment charges theft
of an "ox," without using the statutory word "cattle."

Following previous decisions of this court, we hold that
under the Code of Criminal Procedure this is a sufficient in-
dictment for theft of "cattle."   (The State v. Otto Lange,
22 Tex., 591; The State v. Eisenheimer, Austin Term,
1875.)

It may be added that sufficiency of such an indictment,
outside of the code, is maintained by some very respectable
authorities.   (Bishop on Stat. Crimes, sec. 440, ref. to The
State v. Pearce, Peck, 66; The State v. Hambleton, 22 Mo.,
452; The State v. Abbot, 20 Vt., 537; Taylor v. The State,
6 Humph., 285; see also Wharton's Am. Cr. Law, 4th ed.,
sec. 377, and references.)

The evidence supports the verdict, and there being no
error the judgment is affirmed.

                                        AFFIRMED.